UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND THOMAS KOCH, | No. 2:18-cv-3199 JAM KJN P |
| Petitioner, | |
| v. | ORDER |
| BRANDON PRICE, | |
| Respondent. | |

On June 24, 2019, petitioner filed a motion for transportation order and protection, but it is addressed to the Sacramento County Superior Court, where his state proceedings are pending. Indeed, petitioner was transferred to the Sacramento County Jail so he could attend a Marsden hearing in the Sacramento County Superior Court. The instant petition for writ of habeas corpus was dismissed on June 4, 2019, based on Younger v. Harris, 401 U.S. 37 (1971). (ECF Nos. 11, 15.) Because this action is barred under Younger and this case is now closed, petitioner's motion is denied without prejudice to its renewal in his state court proceedings. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings. Accordingly, IT IS HEREBY ORDERED that petitioner's motion (ECF No. 20) is denied without prejudice.

Dated: July 2, 2019

koch3199.158

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE